**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOSEPH BOURRAGE**                                                                                  **PLAINTIFF**

**v.**                                             **CASE NO. 2:25-CV-00183-BSM**

**CRITTENDEN COUNTY SHERIFF'S**
**DEPARTMENT,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE